UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
UNITED STATES OF AMERICA
:     **ORDER**
- against -
:     08 CR 433 (SAS)
TEMEKA RACHELLE LEWIS,
:
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/09

The Order dated June 15, 2009, unsealing all documents in the above captioned case, is hereby vacated. The Clerk of the Court is directed to re-seal the Information (Document # 37).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 24, 2009